UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Case No. 7:16–mj–01075 |
| § | |
| Gerardo Garcia § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 8, 2016 at 3:00 PM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Peter E. Ormsby
United States Magistrate Judge

Date of order: **June 3, 2016**